UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>   v.<br><br>SIMMONS, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-07563-RS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND ENTERING STIPULATED JUDGMENT** |

Plaintiff Samuel Love has filed an *ex parte* application for entry of the stipulated judgment previously negotiated by the parties. *See* Dkt. 36. Plaintiff represents that Defendant Simmons, LLC ("Simmons"), has defaulted on its obligations under the settlement agreement entered by the parties in December 2019, which required Simmons to pay $13,000 over the course of twelve months. *See* Dkt. 36-2 ¶ 4. While Plaintiff provided notice of the default and an opportunity to cure in July 2020, Simmons has not done so. Dkt. 36-1 ¶ 4. Further, Plaintiff's counsel attests that she has "been in contact with the Defendant" in the past several months but that the full settlement amount has yet to be received; she also notes Simmons has stopped responding to outreach, despite several follow-ups. Dkt. 46 ¶ 8. On July 7, 2023, the magistrate judge assigned to this case recommended that the stipulated judgment be entered. Dkt. 47. No objections to the Report and Recommendation were received within fourteen days of its entry.

The Report and Recommendation is hereby adopted in full. The stipulated judgment, Dkt. 36-3, is entered in favor of Plaintiff and against Defendant Simmons.

**IT IS SO ORDERED**.

Dated: August 4, 2023

_____
RICHARD SEEBORG
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
CASE NO. 18-cv-07563-RS

2